AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America )<br>v. )<br>John Viloria; Barry Robert Younger, Jr.; Cheryl Leigh )<br>Johnson; and Eric Seighman )<br>_____ )<br>*Defendant* | Case No.  14 663 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/01/2014  in the county of  Allegheny  in the  Western  District of Pennsylvania, the defendant violated  18  U. S. C. § 371, an offense described as follows:

See Attachment A hereto and incorporated herein by reference.

This criminal complaint is based on these facts:
See Attachment B hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Kernan, Special Agent USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/04/2014

_____
*Judge's signature*

City and state:   Pittsburgh, PA

Hon. Maureen P. Kelly, U.S. Magistrate Judge
*Printed name and title*