Attachment A

**Title 18, United States Code, Section 371**

From on or about July 1, 2014, and continuing thereafter until on or about July 28, 2014, in the Western District of Pennsylvania and elsewhere, the defendants, John Viloria, Barry Robert Youger, Jr., Cheryl Leigh Johnson, and Eric Seighman, knowingly and willfully did conspire, combine, confederate and agree together and with each other, and with other persons unknown, to commit offenses against the United States, that is,

      (a)  did, with the intent to defraud, possess and conceal falsely made, forged, counterfeited and altered obligations or other securities of the United States, that is Federal Reserve notes in the denomination of $100 dollars, which the defendants knew to be falsely made, forged, counterfeited and altered, in violation of Title 18, United States Code, Section 472; and

      (b)  did, with the intent to defraud, pass, utter and publish to and upon retail business establishments, falsely made, forged, counterfeited and altered obligations or other securities of the United States, that is Federal Reserve notes in the denomination of $100 dollars, which the defendants knew to be falsely made, forged, counterfeited and altered, in violation of Title 18, United States Code, Section 472;

and did commit one of more overt acts in furtherance of the conspiracy, in violation of Title 18, United States Code, Section 371.